UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | Case No. 10-49932-705 |
| | ) | Chapter 7 |
| Dennis L Campbell, Sr. | ) | |
| Christine G Campbell | ) | **MTN 17** |
| | ) | |
|    Debtors, | ) | |
| | ) | |
| U.S. Bank, N.A., it's Successors | ) | **Hearing Date: December 1, 2010** |
| and/or Assigns | ) | **Hearing Time: 9:30 AM** |
|    Movant, | ) | |
| | ) | **ORDER** |
| | ) | |

     The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., it's Successors and/or Assigns called for hearing.

     Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> LOT 23 IN BLOCK 3 OF FERGUSON HOME SITE SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 22 PAGE (S) 10 OF THE ST. LOUIS COUNTY RECORDS.

     The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

     ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Movant shall be permitted to communicate with the Debtors and Counsel for Debtors to the extent provided for under nonbankruptcy law.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: Nov 26, 2010
St. Louis, Missouri
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
612 Spirit Drive
St. Louis, MO 63005

Margaret A Farrell
13610 Barrett Office Drive, Ste 203
Manchester, MO 63021

Dennis L Campbell, Sr.
Christine G Campbell
2420 Shirley
Saint Louis, MO 63136

Charles W. Riske
231 S. Bemiston, Suite 1220
St. Louis, MO 63105

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102